UNITED STATES DISTRICT COURTJS-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 09-2977-JFW (AGRx)**Date: April 13, 2010

Title:Mungchi, Inc. -v- MNS, Ltd., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly****None Present**
**Courtroom Deputy****Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:****ATTORNEYS PRESENT FOR DEFENDANTS:**
NoneNone

**PROCEEDINGS (IN CHAMBERS):****ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on August 10, 2010, the parties were ordered to file a Pre-Trial Conference Order; Memo of Contentions of Fact and Law; Exhibit List & Exhibit Stipulation; Witness Lists & Summary of Witness Testimony; Status Report re: Settlement; Agreed Upon Set of Jury Instructions & Verdict Forms; and Joint Statement re: Disputed Instructions ("Pre-Trial Documents") by April 9, 2010.  The parties have violated the Court's Order by failing to file any Pre-Trial Documents.

As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__