Francis S. Ryu, Esq., SB#176597
Francis@ryulaw.com
Bryon Y. Chung, Esq., SB#250299
Bryon@ryulaw.com
**RYU LAW FIRM**
5670 Wilshire Boulevard, Suite 720
Los Angeles, California 90036
Telephone: (323) 931-5270
Facsimile: (323) 931-5271

Attorneys for Plaintiff
Mungchi, Inc.

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mungchi, Inc., a California corporation, dba Chelona<br><br>Plaintiff,<br><br>v.<br><br>MNS Ltd., a Hawaii limited company, dba ABC Stores; All 4 Fancy, Inc., a California corporation, dba K-World; Capmaster, Inc. a California corporation; Jung Youn Han, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-02977-JFW-AGR<br><br>[~~PROPOSED~~] AGREED ORDER OF DISMISSAL |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mungchi, Inc. and Defendants MNS Ltd., All 4 Fancy, Inc., Capmaster, Inc., and Jung Youn Han have stipulated, through their respective undersigned attorneys, to the entry of an order dismissing this case with no additional costs as to them.

IT IS HEREBY ORDERED,

The claims of Plaintiff against Defendants MNS Ltd., dba ABC Stores and All 4 Fancy, Inc., dba K-World are hereby dismissed with prejudice. The claims of Plaintiff against Defendants Capmaster, Inc. and Jung Youn Han are hereby dismissed without prejudice.

DATE: April 14, 2010

John F. Walter /s/
U. S. DISTRICT COURT JUDGE

RYU LAW FIRM
5670 Wilshire Blvd., Suite 720
Los Angeles, CA 90036
(323) 931-5270